IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| ANDREW KEISKER,<br><br>Plaintiff,<br><br>v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>Defendant. | Case No. 3:18-cv-00261-CRS |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Andrew Keisker ("Plaintiff") and Defendant Hartford Life and Accident Insurance Company ("Defendant"), by and through their undersigned counsel, agree and stipulate that the above-styled action and all claims contained therein should be dismissed with prejudice against Defendant with each party to bear its own costs.

Dated this __12__ day of __December__ 2018.

| | |
|---|---|
| /s/ Joshua Erik Abell<br>Joshua Erik Abell<br>**Abell & Capitan Law, PLLC**<br>6011 Brownsboro Park Blvd.<br>Suite A<br>Louisville, KY  40207<br>*Attorney for Plaintiff Andrew Keisker* | /s/ William B. Wahlheim, Jr.<br>William B. Wahlheim, Jr.<br>**Maynard, Cooper & Gale, P.C.**<br>1901 Sixth Avenue North<br>2400 Regions Harbert Plaza<br>Birmingham, AL 35203-2618<br>*Attorney for Defendant Hartford Life and Accident Insurance Company* |

December 17, 2018

**Charles R. Simpson III, Senior Judge**
**United States District Court**

04651558.1